FILED
4/25/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE ALONSO
MAGISTRATE JUDGE JANTZ
JJ   1:22-CR-00239

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| DAMIAN PEDROSO | |

## COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about May 1, 2020, at Oak Forest, in the Northern District of Illinois, Eastern Division,

DAMIAN PEDROSO,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Stag Arms LLC, model Stag-15, multi-caliber pistol, bearing serial number S015919, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

Beginning no later than on or about May 2, 2020, and continuing through on or about June 9, 2020, at Chicago and Chicago Ridge, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAMIAN PEDROSO,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Smith & Wesson, model M&P 40 M2.0, .40 caliber pistol, bearing serial number LFD3289, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to the following specific property:

    a. a Smith & Wesson, model M&P 40 M2.0, .40 caliber pistol, bearing serial number LFD3289, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY